FILED
Clerk
District Court

NOV 03 2005

For The Northern Mariana Islands
By_____
       (Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR-03-00001

November 3, 2005
8:30 a.m

### UNITED STATES OF AMERICA -v- NORMAN KAPILEO

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           SANAE SHMULL, Court Reporter
           K. LYNN LEMIEUX, Deputy Clerk
           TIMOTHY MORAN, Assistant U. S. Attorney

PROCEEDING:   MOTION TO REDUCE SENTENCE

Defense was not present. Government by Timothy Moran, AUSA.

Court continued the matter due to the fact that defense counsel was not present.

Court ordered that an order to show cause be issued on Attorney Inos.

Adjourned at 8:55 a.m.

K. Lynn Lemieux, Courtroom Deputy