FILED
Clerk
District Court

NOV 03 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NORMAN D. KAPILEO,<br><br>Defendant. | Case No. CR-03-00001-002<br><br>ORDER TAKING MOTION<br>OFF CALENDAR |

IT IS HEREBY ORDERED that the hearing on plaintiff's motion to reduce sentence set for November 3, 2005, at 8:30 a.m., is off calendar without prejudice. Without need to refile, the motion will be rescheduled by the parties at a future date.

DATED this 3rd day of November, 2005.

_____
ALEX R. MUNSON
Judge