F I L E D
Clerk
District Court

NOV - 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant United States Attorney
DISTRICT OF THE NORTHERN
    MARIANA ISLANDS
Horiguchi Building, Third Floor
P. O. Box 500377
Saipan, MP 96950-0377
Telephone:   (670) 236-2952
Fax:         (670) 236-2985

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORMAN KAPILEO, ) <br> ) <br> Defendant. ) <br> _____ ) | Criminal Case No. 03-00001 <br><br> **STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Leonardo M. Rapadas, United States Attorney, and Timothy E. Moran, Assistant United States Attorney, of counsel, and Norman Kapileo, the defendant, by and through his attorney, Perry Inos, Esq., that the Government's Motion to Reduce Sentence Pursuant to Fed. R. Crim. P. 35, formerly scheduled for Thursday, November 3, 2005, at 8:30 a.m., shall be rescheduled for **Thursday,**

///

///

-2-

November 10, 2005 at 4:15 p.m.

                          LEONARDO M. RAPADAS
                          United States Attorney
                          District of the Northern Mariana Islands

DATED: 11/8/05

By:   TIMOTHY E. MORAN
       Assistant U.S. Attorney


PERRY INOS
Attorney for Norman Kaplieo

SO ORDERED:

HONORABLE ALEX R. MUNSON
Chief Judge, District Court of
the Northern Mariana Islands

RECEIVED

NOV - 8 2005

Clerk
District Court
For The Northern Mariana Islands