UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR-03-00001

November 10, 2005
4:25 p.m.

### UNITED STATES OF AMERICA -v- NORMAN KAPILEO

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
SANAE SHMULL, Court Reporter
K. LYNN LEMIEUX, Deputy Clerk
TIMOTHY MORAN, Assistant U. S. Attorney
PERRY INOS, Attorney for Defendant

PROCEEDING:   MOTION TO REDUCE SENTENCE

Government by Timothy Moran, AUSA. Defendant was present and represented by Attorney Perry Inos.

Attorney Inos stated that the defendant was requesting a two year reduction in sentence and requested that the defendant be allowed to read a statement. Defendant read a statement to the Court requesting a reduction of sentence. Government rested on their submitted papers.

Court GRANTED the motion to reduce the sentence by 12 months. Sentence was reduced to 178 months.

Court stated that an amended judgment would be forthcoming.

Adjourned at 4:35 p.m.

K. Lynn Lemieux, Courtroom Deputy